**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN M. FERGUSON, | NO. CV 12-00653-VBF-DTB |
| Plaintiff, | |
| v. | RULE 58 FINAL JUDGMENT |
| OFFICER PAGATI, Correctional Officer, | |
| Defendant. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of defendant Officer Pagati, Correctional Officer, and against plaintiff Steven M. Ferguson.

DATED:   February 28, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE